TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00809-CV

Lee Biggart, Appellant

v.

Robert D. Richey and Alisa Richey, Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,

NO. 247,503, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

 Appellant has filed a motion to dismiss. We grant this motion and dismiss the
appeal. See Tex. R. App. P. 42.1(a)(2).

 
 

 Jan Patterson, Justice

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: June 15, 2000

Do Not Publish